FILED

MAR 19 2004

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW C. CORRIGAN,

    Plaintiff,

    v.

MICHAEL COUGHLIN, et al.,

    Defendants.
_____/

CIV S-04-0059 DFL KJM

<u>ORDER RE DISPOSITION AFTER
NOTIFICATION OF SETTLEMENT</u>

    The court has been advised by Dana Cody, attorney for plaintiff, that this action has been settled. Therefore, it is not necessary that the action remain upon the court's active calendar.

    Accordingly, IT IS ORDERED:

    1. That counsel file settlement documents, in accordance with the provisions of Local Rule 16-160, no later than April 1, 2004, and,

1

1      2. That all hearing dates previously set in this matter
2  are vacated.
3      IT IS SO ORDERED.
4  Dated: _March 18, 2004_

                _____
                DAVID F. LEVI
                United States District Judge

United States District Court
for the
Eastern District of California
March 19, 2004

* * CERTIFICATE OF SERVICE * *

2:04-cv-00059

Corrigan

v.

Coughlin

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on March 19, 2004, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Dana C Cody
Life Legal Defense Foundation
7653 Away Way
Citrus Heights, CA  95610

HV/DFL

Jack L. Wagner, Clerk

BY: _____
    Deputy Clerk